[Dodefmao] [District Order Deficient Motion, Application or Objection]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                         Case No. 6:14–bk–01253–KSJ
                                                                                                Chapter 13
Josiane G Swartz


_____Debtor*_____/


### ORDER ABATING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief from Stay by Creditor Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013–9 , Doc. # 49 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion was filed without a certificate of service as required by Local Rule 7005–1.

☑ The prescribed filing fee of $176 (Fee due if affidavit of Surrender is NOT filed) , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

☐ The motion does not include a complete property address.

☐ The motion does not include the last four digits of the mortgage loan number.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.


Dated:  January 7, 2015

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.