IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

IN RE:
JOSIANE G. SWARTZ
      Debtor

CASE NO.: 6:14-bk-01253-KSJ
Chapter 13

_____/

## AFFIDAVIT OF COLLATERAL SURRENDER
### (Property Surrendered in Plan)

STATE OF FLORIDA
COUNTY OF ORANGE

      BEFORE ME, the undersigned authority personally appeared Suzanne V. Delaney, who after being duly sworn and under oath, deposes and says:

1. I am an Attorney, licensed in the State of Florida, and employed by the Storey Law Group, PA. The Storey Law Group, PA represents **Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-9** (hereinafter "Movant").

2. I am making this affidavit in connection with and in support of the Motion for Relief from Stay filed on behalf of **Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-9**.

3. Movant is the owner of and is entitled to enforce the Loan Documents.

4. I have read the Debtor's Chapter 13 Plan, and have personal knowledge that said Petition provides to surrender the subject property, described as:

    Lot 25, DEBARY PLANTATION, UNIT 4, according to the Map or Plat thereof, as recorded in Map Book 43, Pages 42, 43 and 44, of the Public Records of Volusia County, Florida.

5. I have checked the PACER docket as of January 8, 2015, and there is no new Chapter 13 Plan or pleading filed with changes to the proposal to surrender the aforementioned and identified real property.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Suzanne V. Delaney

State of Florida
County of Orange

Sworn to and subscribed before me on January 9TH, 2015, by Suzanne V. Delaney, who is personally known to me and who took an oath.

WITNESS my hand and official seal.

Signature _____ (Seal)

BRYAN CHIAFULLO
MY COMMISSION #EE73336
EXPIRES: MAR 13, 2015
Bonded through 1st State Insurance